# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WELLS FARGO BANK, N.A.**                                                          **PLAINTIFF**
*as Trustee For Morgan Stanley Capital I Trust*
*2016-UBS 12, Commercial Mortgage Pass-Through*
*Certificates, Series 2016-UBS 12*

v.                          CASE NO. 4:22-CV-00180-BSM

**PF ALLIED GARDENS LLC,** *et al.*                                           **DEFENDANTS**

## ORDER

Plaintiff's unopposed motion for a referral to a magistrate judge for a settlement conference [Doc. No. 23] is granted. This case is referred to United States Magistrate Judge Edie R. Ervin to conduct a settlement conference. Judge Ervin will issue a separate order providing the details of the conference.

IT IS SO ORDERED this 22nd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE