**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WELLS FARGO BANK,**
**NATIONAL ASSOCIATION,**
**AS TRUSTEE FOR MORGAN STANLEY**
**CAPITAL I TRUST 2016-UBS12,**
**COMMERCIAL MORTGAGE**
**PASS-THROUGH CERTIFICATES,**
**SERIES 2016-UBS12**                                          **PLAINTIFF**

**vs.**                          **CASE NO. 4:22-CV-180-BSM**

**PF ALLIED GARDENS LLC;**
**PF JEFFERSON MANOR LLC;**
**PF NORTHWEST ACRES LLC;**
**PF TERRACE GREEN LLC;**
**CHAIM PURETZ; and**
**BOHN, INC. d/b/a LANGENWALTER**
**CARPET CARE**

                                            **DEFENDANTS**

**PLAINTIFF'S  MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12 ("Plaintiff"), through its undersigned counsel, respectfully moves this Court for the entry of summary judgment in Plaintiff's favor and against Defendants PF Allied Gardens LLC, PF Jefferson Manor LLC, PF Northwest Acres LLC, PF Terrace Green LLC and Chaim Puretz for the entirety of the relief sought in Counts One through Four of Plaintiff's Amended Complaint for Breach of Contract, Foreclosure, Replevin, Breach of Guaranty and Other Relief (the "Amended Complaint," ECF No. 35).

For the reasons explained in the accompanying Brief in Support of Plaintiff's Motion for Summary Judgment ("Brief in Support"), the undisputed facts demonstrate that Plaintiff is entitled to judgment as a matter of law on all counts of its Amended Complaint. A Statement of Material Facts also accompanies this motion. Additionally, the following exhibits are attached to this motion:

- Exhibit 1, a true and accurate copy of the Loan Agreement dated as of October 31, 2016 (the "Loan Agreement");

- Exhibit 2, a true and accurate copy of the Promissory Note dated as of October 31, 2016 with the Note Allonge thereto (collectively, the "Note");

- Exhibit 3, a true and accurate copy of the recorded Mortgage and Security Agreement dated as of October 31, 2016 (the "Jefferson Manor and Terrace Green Mortgage") for the properties located at 2600 John Ashley Drive, Little Rock, AK 72114 (the "Jefferson Manor Property") and 8223 Scott Hamilton Drive, Little Rock, AK 72209 (the "Terrace Green Property");

- Exhibit 4, a true and accurate copy of the recorded Mortgage and Security Agreement dated as of October 31, 2016 (the "Allied Gardens Mortgage") for the property located at 5221 Johnson Street, Fort Smith, AK 72904 (the "Allied Gardens Property");

- Exhibit 5, a true and accurate copy of the recorded Mortgage and Security Agreement dated as of October 31, 2016 (the "Northwest

Acres Mortgage")  for the property located at 710 Union Drive, Springdale, AK 72764 (the "Northwest Acres Property");

- Exhibit 6, a true and accurate copy of the UCC Financing Statement filed with the Arkansas Secretary of State on November 2, 2016 (the "UCC Financing Statement");

- Exhibit 7, a true and accurate copy of the Guaranty of Recourse Obligations dated as of October 31, 2016 (the "Guaranty);

- Exhibit 8, a true and accurate copy of the General Assignment effective as of December 7, 2016 (the "General Assignment");

- Exhibit 9, a true and accurate copy of the recorded Assignment of Mortgage and Security Agreement effective as of December 7, 2016 assigning the Jefferson Manor and Terrace Green Mortgage (the "Assignment of the Jefferson Manor and Terrace Green Mortgage");

- Exhibit 10, a true and accurate copy of the recorded Assignment of Mortgage and Security Agreement effective as of December 7, 2016 assigning the Allied Gardens Mortgage (the "Assignment of the Allied Gardens Mortgage");

- Exhibit 11, a true and accurate copy of the recorded Assignment of Mortgage and Security Agreement effective as of December 7, 2016 assigning the Northwest Acres Mortgage (the "Assignment of the Northwest Acres Mortgage");

- Exhibit 12, a true and accurate copy of the UCC Financing Statement Amendment filed with the Arkansas Secretary of State on March 10, 2017 (the "<u>UCC Amendment</u>");

- Exhibit 13, a true and accurate copy of Plaintiff's Notice of Event of Default and Reservation of Rights letter dated November 18, 2020 (the "<u>November 18, 2020 Letter</u>");

- Exhibit 14, a true and accurate copy of Plaintiff's Notice of Default and Demand for Financial Reporting letter dated December 4, 2020 (the "<u>December 4, 2020 Letter</u>");

- Exhibit 15, a true and accurate copy of Plaintiff's April 28, 2021 acceleration letter (the "<u>Acceleration Letter</u>");

- Exhibit 16, the Declaration of Kaveh Saberi in Support of Plaintiff's Motion for Summary Judgment (the "<u>Saberi Declaration</u>");

- Exhibit 17, Defendants' Collective Responses to Lender's First Sets of Interrogatories and Requests for Production of Documents;

- Exhibit 18,  Borrowers' Statements of Income and Expense for Year Ended 2018;

- Exhibit 19, Borrowers' Statements of Income and Expense for Year Ended 2019;

- Exhibit 20, Borrowers' Statements of Income and Expense for Year Ended 2020;

- Exhibit 21, Borrowers' Statements of Income and Expense for Year Ended 2021;

- Exhibit 22, Borrowers' Statements of Income and Expense for Year Ended 2022;

- Exhibit 23, Borrowers' Profit and Loss – Detail for July 1, 2023 through September 30, 2023;

- Exhibit 24, a true and accurate copy of the judgment lien in favor of Bohn, Inc. d/b/a Langenwalter Carpet Care recorded with the Pulaski County, Arkansas County Clerk on May 10, 2021 as document number 2021032010 (the "Bohn, Inc. Judgment Lien");

- Exhibit 25, a true and accurate copy of the judgment lien in favor of Carpet & Flooring Partners, LLC d/b/a C&F Flooring and Rug Gallery recorded with the Pulaski County, Arkansas County Clerk on April 19, 2023 as document number 2023020475 (the "C&F Judgment Lien");

- Exhibit 26, a true and accurate copy of the Mechanic's & Materialman's Lien in favor of Carpet Tech, Inc. d/b/a Artisent Floors recorded with the Pulaski County, Arkansas County Clerk on February 16, 2023 as document number 2023009102 (the "Carpet Tech Mechanic's Lien").

Wherefore, based on these materials and the arguments in Plaintiff's accompanying Brief in Support, Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage

Pass-Through Certificates, Series 2016-UBS12 respectfully requests that this Court enter summary judgment in Plaintiff's favor and against Defendants PF Allied Gardens LLC, PF Jefferson Manor LLC, PF Northwest Acres LLC, PF Terrace Green LLC and Chaim Puretz for all of the relief requested in Counts One through Four of Plaintiff's Amended Complaint for Breach of Contract, Foreclosure, Replevin, Breach of Guaranty and Other Relief (ECF No. 35).

Respectfully submitted,

Jaimie G. Moss (2012228)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jmoss@wlj.com

and

Robert B. Groholski (*pro hac vice*)
Illinois State Bar No. 6272317
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 627-2295 – Telephone
(312) 876-1155 – Facsimile
E-MAIL: rgroholski@dykema.com

*Attorneys for Plaintiff Wells Fargo Bank,*
*National Association, as Trustee for Morgan*
*Stanley Capital I Trust 2016-UBS12,*
*Commercial Mortgage Pass-Through*
*Certificates, Series 2016-UBS12*