IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WELLS FARGO BANK, N.A. as Trustee
For Morgan Stanley Capital I Trust 2016-
UBS12, Commercial Mortgage Pass-
Through Certificates, Series 2016-UBS12,

    Lender,

v.                                                       Civil Action No: 4:22-cv-00180-BSM

PF ALLIED GARDENS, LLC;
PF JEFFERESON MANOR, LLC;
PF NORTHWEST ACRES, LLC; and
PF TERRACE GREEN, LLC, CHAIM
PURETZ, and BOHN, INC.,

    Defendants.

## DECLARATION OF CHAIM PURETZ

1. My name is Chaim Puretz.

2. I am an adult over the age of twenty-one (21) years of age who makes this Declaration upon my personal knowledge.

3. I am the Manager for special purpose entities holding title to certain real property in the state of Arkansas and named as defendants in the subject litigation - PF Allied Gardens, LLC, PF Jefferson Manor, LLC, PF Northwest Acres, LLC, and PF Terrace Green, LLC ("Borrowers".

4. I am also a named defendant in my capacity as Guarantor of the purchase loan.

5. Borrowers deny that there have been any material breaches of the loan.

6. More specifically, borrowers deny any delinquency in the required monthly debt service payment; that any financial reporting is due or owing; that any of the ownership entities are presently administratively revoked were not in good standing; that the *di minimus* liens filed against one of the four properties have in any way impacted borrowers performance under the loan; or that lender did not effectively approve borrower by virtue of its conduct and practices.

7. With regard to the Clearing Account, Lender insisted on a convoluted system in which Borrowers were to scan rent checks and other payments through a small machine which was to be housed in each Property's management office.

8. No scanning machines were ever provided to Borrowers.

9. Lender's chosen bank —which it refused to deviate from— had (and has) no branches in Arkansas.

10. Borrowers have asked on multiple occasions that lender provide the scan machines or allow the accounts to be transferred to a bank with branches in the State of Arkansas.

11. Lender has refused.

12. Borrowers have sent numerous letters to Lender to try and figure out how compliance could be achieved.

13. Lender never responded to *any* of Borrowers' letters and/or responses.

14. The Notice of Default sent by Lender on November 18, 2020, did not advise Borrowers of the nature or amount of the supposed shortfall – it simply declares that one existed, without providing any specific information of any kind.

15. The first Borrowers learned of this $3,945.52 "shortfall" was when Lender filed this Motion.

16. Lender's practice of debiting and crediting payments as it saw fit without any methodology or reliable expectancy is outside what is standard operating procedure and what caused any confusion that might exist with regard to the alleged triggering event

17. Lender is holding more than $3 Million in debt service payment made by Borrower.

18. All of the Borrower special purpose entities are in good standing.

19. The Properties have been and at all times were insured and Lender's forced placement of insurance was neither necessary nor appropriate.

20. Borrowers deny that any financial reporting is outstanding or that any financial reporting default exists.

21. At all times relevant hereto, Lender was fully aware of the management entity and was in regular communication with that Manager.

22. Lender effectively approved the Manager by virtue of its conduct and practices.


- REMAINDER OF PAGE LEFT BLANK    -

**FURTHER DECLARANT SAITH NOT.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the Unites States of America, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this __8__ day of December, 2023.



_____
Chaim Puretz

Respectfully submitted,

**GLANKLER BROWN, PLLC**

By:____/s/S. Joshua Kahane_____
S. Joshua Kahane (TN #23726)
Aubrey B. Greer (TN #35613)
6000 Poplar Ave., Suite 400
Memphis, TN  38119
Phone: (901) 525-1322
Fax: (901) 525-2389
jkahane@glankler.com
agreer@glankler.com

*Attorneys for PF Allied Gardens, LLC, PF Jefferson Manor, LLC, PF Northwest Acres, LLC, and PF Terrace Green, LLC, and Chaim Puretz*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following parties by operation of the Court's ECF system and/or United States Mail, postage prepaid:

Jamie G. Moss
WRIGHT, LINDSEY & JENNINGS, LLP
200 West Capitol Ave., Suite 2300
Little Rock, Arkansas 72201-3699
jmoss@wlj.com

Robert B. Groholski
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
rgroholski@dykema.com

*Attorneys for Lender Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12*

                                                 /s/ S. Joshua Kahane