# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WELLS FARGO BANK, N.A.**                                                              **PLAINTIFF**
*as Trustee For Morgan Stanley Capital I Trust*
*2016- UBS 12, Commercial Mortgage Pass-Through*
*Certificates, Series 2016-UBS 12*

v.                               CASE NO. 4:22-CV-00180-BSM

**PF ALLIED GARDENS LLC,** *et al.*                                                      **DEFENDANTS**

## ORDER

Wells Fargo Bank, N.A.'s motion for default judgment against Bohn, Inc. d/b/a Langenwalter Carpet Care [Doc. No. 48] is granted. Bohn was served in July [Doc. No. 36], and did not respond. A clerk's default was entered against Bohn on October 4, 2023. Doc. No. 43. Judgment is therefore entered in favor of Wells Fargo and against Bohn as follows: the Bohn judgment lien recorded on May 10, 2021, with the Pulaski County, Arkansas County Clerk as document no. 2021032010 on the property commonly known as 2600 John Ashley Drive, Little Rock, Arkansas, is subordinate and inferior to Wells Fargo's mortgage lien recorded on that property on November 2, 2016, with the Pulaski County, Arkansas County Clerk as document no. 2016069571. *See* Amended Complaint at ¶¶ 17, 25–26, 56, 63(9), and 110, Doc. No. 35.

IT IS SO ORDERED this 22nd day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE