IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WELLS FARGO BANK,
NATIONAL ASSOCIATION,
AS TRUSTEE FOR MORGAN STANLEY
CAPITAL I TRUST 2016-UBS12,
COMMERCIAL MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2012-UBS12                                                                                        PLAINTIFF

vs.                                            CASE NO. 4:22-CV-00180-BSM

PF ALLIED GARDENS LLC;
PF JEFFERSON MANOR LLC;
PF NORTHWEST ACRES LLC;
PF TERRACE GREEN LLC;
CHAIM PURETZ; and
BOHN, INC. d/b/a LANGENWALTER
CARPET CARE                                                                                              DEFENDANTS

## JUDGMENT AND DECREE OF FORECLOSURE

By Order dated February 16, 2024 (Doc. No. 72), this Court granted Plaintiff's Motion for Summary Judgment (Doc. No. 50), and ordered the parties to brief the issue of the amount of Plaintiff's, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12 ("Plaintiff"), damages. Having considered the parties' respective briefs regarding the amount of Plaintiff's damages, and pursuant to the Order dated April 15, 2024 (Doc No. 76), judgment is hereby entered as follows:

1.      On Count One of Plaintiff's Amended Complaint (Doc. No. 35), judgment *in personam* is entered in favor of Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12, or its assignee, and against Defendants, PF Allied Gardens LLC, PF Jefferson Manor LLC, PF Northwest Acres LLC, and PF Terrace Green LLC (collectively, the

"Borrowers"), jointly and severally, in the amount of $20,605,013.21,[1] plus post-judgment interest at the rate of 5.07 percent per annum in accordance with 28 U.S.C. § 1961(a) from the date of this judgment until paid, plus costs and reasonable attorneys' fees in an amount to be determined by subsequent order.

2. On Count Two of Plaintiff's Amended Complaint, judgment *in rem* is entered in favor of Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12, or its assignee, and against the personal property of each of Defendants, PF Allied Gardens LLC (the "Allied Gardens Personal Property"), PF Jefferson Manor LLC (the "Jefferson Manor Personal Property"), PF Northwest Acres LLC (the "Northwest Acres Personal Property"), and PF Terrace Green LLC (the "Terrace Green Personal Property"), jointly and severally, in the amount of $20,605,013.21, plus post-judgment interest at the rate of 5.07 percent per annum in accordance with 28 U.S.C. § 1961(a) from the date of this judgment until paid, plus costs and reasonable attorneys' fees in an amount to be determined by subsequent order.

The Allied Gardens Personal Property is the following personal property of PF Allied Gardens LLC located within or about the real property commonly known as the Allied Gardens Estates located at 5221 Johnson Street, Fort Smith, Arkansas 72904:

> All furniture, furnishings, objects of art, machinery, goods, tools, supplies, appliances, general intangibles, contract rights, accounts, accounts receivable, franchises, licenses, certificates and permits, and all other personal property of any kind or character whatsoever (as defined in and subject to the provisions of the Arkansas Uniform Commercial Code, Ark. Code Ann. § 4-1-101 *et seq.*), other than fixtures, which are now or hereafter owned by PF Allied Gardens

---

[1] This amount is the sum awarded in the order awarding damages [Doc. No. 76], plus per diem interest of $216,794.40 that accrued at a daily rate of $5,419.86 between March 6, 2024 and the entry of that order.

>LLC, together with all accessories, replacements, and substitutions thereto or therefor and the proceeds thereof.

The Jefferson Manor Personal Property is the following personal property of PF Jefferson Manor LLC located within or about the real property commonly known as the Jefferson Manor Apartments located at 2600 John Ashley Drive, Little Rock, Arkansas 72114:

>All furniture, furnishings, objects of art, machinery, goods, tools, supplies, appliances, general intangibles, contract rights, accounts, accounts receivable, franchises, licenses, certificates and permits, and all other personal property of any kind or character whatsoever (as defined in and subject to the provisions of the Arkansas Uniform Commercial Code, Ark. Code Ann. § 4-1-101 et seq.), other than fixtures, which are now or hereafter owned by PF Jefferson Manor LLC, together with all accessories, replacements, and substitutions thereto or therefor and the proceeds thereof.

The Northwest Acres Personal Property is the following personal property of PF Northwest Acres LLC located within or about the real property commonly known as the Northwest Acres Apartments located at 710 Union Drive, Springdale, Arkansas 72764:

>All furniture, furnishings, objects of art, machinery, goods, tools, supplies, appliances, general intangibles, contract rights, accounts, accounts receivable, franchises, licenses, certificates and permits, and all other personal property of any kind or character whatsoever (as defined in and subject to the provisions of the Arkansas Uniform Commercial Code, Ark. Code Ann. § 4-1-101 et seq.), other than fixtures, which are now or hereafter owned by PF Northwest Acres LLC, together with all accessories, replacements, and substitutions thereto or therefor and the proceeds thereof.

The Terrace Green Personal Property is the following personal property of PF Terrace Green LLC located within or about the real property commonly known as the Terrace Green Apartments located at 8223 Scott Hamilton Drive, Little Rock, Arkansas 72209:

>All furniture, furnishings, objects of art, machinery, goods, tools, supplies, appliances, general intangibles, contract rights, accounts, accounts receivable, franchises, licenses, certificates and permits, and all other personal property of any kind or character whatsoever (as defined in and subject to the provisions of the Arkansas Uniform Commercial Code, Ark. Code Ann. § 4-1-101 et seq.), other than

>fixtures, which are now or hereafter owned by PF Terrace Green
>LLC, together with all accessories, replacements, and substitutions
>thereto or therefor and the proceeds thereof.

Plaintiff holds properly perfected first priority security interests in and to the Allied Gardens Personal Property, the Jefferson Manor Personal Property, the Northwest Acres Personal Property, and the Terrace Green Personal Property (collectively, the "Personal Property"). The respective interests of PF Allied Gardens LLC, PF Jefferson Manor LLC, PF Northwest Acres LLC, and PF Terrace Green LLC in and to the Personal Property, and all persons claiming by, through, or under any of them, are inferior to Plaintiff's interests therein and thereto.

An Order of Delivery and Order of Possession is hereby entered in favor of Plaintiff, or its assignee, and against the Borrowers for Borrowers' Personal Property, and, if the Borrowers do not pay the amount of the judgment awarded against the Personal Property within thirty (30) days, Plaintiff, or its assignee, is granted immediate possession of the Personal Property, and the Borrowers shall deliver possession of the Personal Property immediately upon Plaintiff's, or its assignee's, request, so that the Personal Property may be sold in conjunction with the foreclosure of the real properties decreed herein, or liquidated and sold in accordance with the documents governing the loan which is the subject of this action and the Arkansas Uniform Commercial Code, Ark. Code Ann. § 4-1-101 *et seq.*, with the proceeds, after the costs of such liquidation, applied to the amount of the money judgment entered hereby.

3. On Count Three of Plaintiff's Amended Complaint, judgment *in rem* is entered in favor of Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12, or its assignee, and against the real property of each of Defendants, PF Allied Gardens LLC (the "Allied Gardens Property"), PF Jefferson Manor LLC (the "Jefferson Manor Property"), PF Northwest Acres LLC (the "Northwest Acres Property"), and PF Terrace Green LLC (the "Terrace

Green Property"), jointly and severally, in the amount of $20,605,013.21, plus post-judgment interest at the rate of 5.07 percent per annum in accordance with 28 U.S.C. § 1961(a) from the date of this judgment until paid, plus costs and reasonable attorneys' fees in an amount to be determined by subsequent order.

Pursuant to the Mortgage and Security Agreement, dated as of October 31, 2016, and recorded in the real property records of Sebastian County, Arkansas on November 2, 2016 as Instrument Number 2016-17428 (the "Allied Gardens Mortgage"), as assigned to Plaintiff pursuant to the Assignment of Mortgage and Security Agreement, effective as of December 7, 2016, and recorded in the real property records of Sebastian County, Arkansas on February 1, 2017 as Instrument Number 2017-02254, Plaintiff holds a properly perfected first priority mortgage lien in, to and on the Allied Gardens Property commonly known as the Allied Gardens Estates located at 5221 Johnson Street, Fort Smith, Arkansas 72904 and legally described as:

> A PART OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 2, TOWNSHIP 8 NORTH, RANGE 32 WEST, FORT SMITH, SEBASTIAN COUNTY, ARKANSAS, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHEAST CORNER OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER; THENCE NORTH ALONG THE EAST LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, 25.01 FEET TO THE POINT OF BEGINNING, THENCE NORTH ALONG THE EAST LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, 955.75 FEET, THENCE NORTH 89 DEGREES 55 MINUTES 27 SECONDS WEST, 654.59 FEET, THENCE SOUTH 01 DEGREES 10 MINUTES 28 SECONDS WEST, 958.85 FEET TO A POINT ON THE NORTH RIGHT OF WAY LINE OF JOHNSON STREET, THENCE NORTH 89 DEGREES 49 MINUTES 42 SECONDS EAST ALONG THE NORTH RIGHT OF WAY LINE OF JOHNSON STREET, 334.67 FEET, THENCE NORTH 00 DEGREES 10 MINUTES 18 SECONDS WEST, 127 FEET; THENCE NORTH 89 DEGREES 49 MINUTES 42 SECONDS EAST, 100 FEET, THENCE SOUTH 00 DEGREES 10 MINUTES 18 SECONDS EAST, 127 FEET TO A POINT ON THE

> NORTH RIGHT OF WAY OF JOHNSON STREET, THENCE NORTH 89 DEGREES 49 MINUTES 42 SECONDS EAST ALONG THE NORTH RIGHT OF WAY LINE OF JOHNSON STREET, 239.57 FEET TO THE POINT OF BEGINNING, SUBJECT TO THAT PART, IF ANY, IN STREET, ROADS OR PUBLIC RIGHTS OF WAY.
>
> Tax Parcel Number: 18883-0000-00059-00

In § 16.2(a) of the Allied Gardens Mortgage, PF Allied Gardens LLC released and waived all rights and benefits of the homestead exemption laws of the State of Arkansas as to all obligations secured by the Allied Gardens Mortgage, including particularly, without limitation, all rights of redemption pursuant to Ark. Code Ann. § 18-49-106.

Pursuant to the Mortgage and Security Agreement, dated as of October 31, 2016, and recorded in the real property records of Pulaski County, Arkansas on November 2, 2016 as Instrument Number 2016069571 (the "Jefferson Manor and Terrace Green Mortgage"), as assigned to Plaintiff pursuant to the Assignment of Mortgage and Security Agreement, effective as of December 7, 2016, and recorded in the real property records of Pulaski County, Arkansas on February 1, 2017 as Instrument Number 2017007492, Plaintiff holds a properly perfected first priority mortgage lien in, to and on the Jefferson Manor Property commonly known as the Jefferson Manor Apartments located at 2600 John Ashley Drive, Little Rock, Arkansas 72114 and legally described as:

> LOTS "A" AND "B" IN PIKE PLAZA HEIGHTS SUBDIVISION OF NORTH LITTLE ROCK, ARKANSAS, MORE PARTICULARLY DESCRIBED AS: A TRACT OF LAND IN THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4, SECTION 28, TOWNSHIP 2 NORTH, RANGE 12 WEST, PULASKI COUNTY, ARKANSAS: COMMENCING AT THE NORTHEAST CORNER OF SAID WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4; THENCE SOUTH 0 DEGREES 53 MINUTES EAST ALONG THE EAST LINE OF SAID WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 300.0 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE SOUTH 0 DEGREES 53

    MINUTES EAST 699.4 FEET TO A POINT; THENCE NORTH 89 DEGREES 46 MINUTES WEST 662.76 FEET TO A POINT; THENCE NORTH 0 DEGREES 53 MINUTES WEST 651.40 FEET TO A POINT; THENCE NORTH 84 DEGREES 03 MINUTES EAST 482.10 FEET TO A POINT; THENCE SOUTH 88 DEGREES 54 MINUTES EAST 180 FEET TO THE POINT BEGINNING; LESS AND EXCEPT THE RIGHT-OF-WAY OF ASHLEY STREET WHICH IS MORE PARTICULARLY DESCRIBED AS COMMENCING AT THE NORTHEAST CORNER OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4; THENCE SOUTH 0 DEGREES 53 MINUTES EAST ALONG THE EAST LINE OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 300 FEET TO A POINT; THENCE NORTH 88 DEGREES 54 MINUTES WEST 130 FEET TO A POINT ON THE EAST LINE OF ASHLEY STREET; THENCE SOUTH 0 DEGREES 53 MINUTES EAST ALONG THE EAST RIGHT-OF-WAY LINE OF ASHLEY STREET 274.40 FEET, THENCE AROUND AN ARC TO THE LEFT, OR EAST, HAVING A RADIUS OF 50 FEET WHICH IS SUBTENDED BY A CHORD HAVING A LENGTH OF 71.20 FEET AND BEARING OF SOUTH 0 DEGREES 53 MINUTES EAST, THENCE CONTINUE SOUTH 0 DEGREES 53 MINUTES EAST 355.76 FEET TO A POINT; THENCE NORTH 89 DEGREES 46 MINUTES WEST 50 FEET TO A POINT ON THE WEST RIGHT-OF-WAY LINE OF ASHLEY STREET; THENCE NORTH 0 DEGREES 53 MINUTES WEST 344.17 FEET; THENCE AROUND AN ARC TO THE LEFT, OR WEST, HAVING A RADIUS OF 50 FEET WHICH IS SUBTENDED BY A CHORD HAVING A LENGTH OF 95.35 FEET AND A BEARING OF NORTH 0 DEGREES 53 MINUTES WEST, THENCE NORTH 0 DEGREES 53 MINUTES WEST 262.4 FEET TO A POINT; THENCE SOUTH 88 DEGREES 54 MINUTES EAST TO THE POINT OF BEGINNING OF THE RIGHT-OF-WAY OF ASHLEY STREET.

    Tax Parcel Number: 33N2390000100

In § 16.2(a) of the Jefferson Manor and Terrace Green Mortgage, PF Jefferson Manor LLC released and waived all rights and benefits of the homestead exemption laws of the State of Arkansas as to all obligations secured by the Jefferson Manor and Terrace Green Mortgage, including particularly, without limitation, all rights of redemption pursuant to Ark. Code Ann. § 18-49-106.

Pursuant to the Mortgage and Security Agreement, dated as of October 31, 2016, and recorded in the real property records of Washington County, Arkansas on November 2, 2016 as Instrument Number 2016-00032626 (the "Northwest Acres Mortgage"), as assigned to Plaintiff pursuant to the Assignment of Mortgage and Security Agreement, effective as of December 7, 2016, and recorded in the real property records of Washington County, Arkansas on March 6, 2017 as Instrument Number 2017-00006536, Plaintiff holds a properly perfected first priority mortgage lien in, to and on the Northwest Acres Property commonly known as the Northwest Acres Apartments located at 710 Union Drive, Springdale, Arkansas 72764 and legally described as:

> PART OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SECTION 35, TOWNSHIP 18 NORTH, RANGE 30 WEST, WASHINGTON COUNTY, ARKANSAS, DESCRIBED AS FOLLOWS, TO-WIT: BEGINNING AT A POINT 356.35 FEET NORTH OF THE SOUTHWEST CORNER OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 OF SAID SECTION 35, RUN THENCE NORTH 633.65 FEET TO THE CENTERLINE OF CHRISTIAN AVENUE, THENCE EAST ALONG AND WITH THE CENTERLINE OF CHRISTIAN AVENUE 440 FEET, THENCE SOUTH 633.65 FEET, THENCE WEST 440 FEET TO THE POINT OF BEGINNING. SUBJECT TO THE RIGHT OF WAY OF CHRISTIAN AVENUE ON THE NORTH SIDE THEREOF.

Tax Parcel Number: 815-28062-000

In § 16.2(a) of the Northwest Acres Mortgage, PF Northwest Acres LLC released and waived all rights and benefits of the homestead exemption laws of the State of Arkansas as to all obligations secured by the Northwest Acres Mortgage, including particularly, without limitation, all rights of redemption pursuant to Ark. Code Ann. § 18-49-106.

Pursuant to the Mortgage and Security Agreement, dated as of October 31, 2016, and recorded in the real property records of Pulaski County, Arkansas on November 2, 2016 as Instrument Number 2016069571 (referred to above as the Jefferson Manor and Terrace Green Mortgage), as assigned to Plaintiff pursuant to the Assignment of Mortgage and Security

Agreement, effective as of December 7, 2016, and recorded in the real property records of Pulaski County, Arkansas on February 1, 2017 as Instrument Number 2017007492, Plaintiff holds a properly perfected first priority mortgage lien in, to and on the Terrace Green Property commonly known as the Terrace Green Apartments located at 8223 Scott Hamilton Drive, Little Rock, Arkansas 72209 and legally described as:

> PART OF THE NORTHWEST 1/4 NORTHWEST 1/4 SOUTHEAST 1/4, SECTION 32, TOWNSHIP 1 NORTH, RANGE 12 WEST, PULASKI COUNTY, ARKANSAS, MORE PARTICULARLY DESCRIBED AS: BEGINNING AT THE SOUTHEAST CORNER OF THE SAID NORTHWEST 1/4 NORTHWEST 1/4 SOUTHEAST 1/4; THENCE NORTH 89 DEGREES 32 MINUTES WEST ALONG THE SOUTH LINE OF SAID NORTHWEST 1/4 NORTHWEST 1/4 SOUTHEAST 1/4 639.4 FEET TO A POINT ON THE EAST LINE OF FOURCHE ROAD; THENCE NORTH 2 DEGREES 26 MINUTES EAST ALONG THE EAST LINE OF SAID FOURCHE ROAD 455.0 FEET; THENCE SOUTH 72 DEGREES 34 MINUTES EAST 29.9 FEET TO THE POINT OF CURVATURE OF A CURVE TO THE LEFT; THENCE ALONG SAID CURVE TO THE LEFT A CHORD BEARING OF SOUTH 81 DEGREES 04 MINUTES EAST A DISTANCE OF 93.9 FEET TO THE POINT OF TANGENCY OF SAID CURVE; THENCE SOUTH 89 DEGREES 32 MINUTES EAST PARALLEL TO THE SOUTH LINE OF SAID NORTHWEST 1/4 NORTHWEST 1/4 SOUTHEAST 1/4 488.0 FEET TO A POINT ON THE EAST LINE OF SAID NORTHWEST 1/4 NORTHWEST 1/4 SOUTHEAST 1/4; THENCE SOUTH 1 DEGREE 19 MINUTES EAST ALONG SAID EAST LINE 432.0 FEET TO THE POINT OF BEGINNING, LESS AND EXCEPT THE SOUTH 25 FEET OF SAID TRACT OF LAND WHICH HAS BEEN DEDICATED TO THE CITY OF LITTLE ROCK FOR AVERY STREET RIGHT-OF-WAY, ALSO KNOWN AS LOT 3, SCOTT HAMILTON ADDITION.

Tax Parcel Number: 34L4340000300

In § 16.2(a) of the Jefferson Manor and Terrace Green Mortgage, PF Terrace Green LLC released and waived all rights and benefits of the homestead exemption laws of the State of Arkansas as to all obligations secured by the Jefferson Manor and Terrace Green Mortgage, including particularly, without limitation, all rights of redemption pursuant to Ark. Code Ann. § 18-49-106.

The respective interests of PF Allied Gardens LLC, PF Jefferson Manor LLC, PF Northwest Acres LLC, and PF Terrace Green LLC in and to the Allied Gardens Property, the Jefferson Manor Property, the Northwest Acres Property, and the Terrace Green Property, and all persons claiming by, through, or under any of them, are inferior to Plaintiff's interests therein and thereto.

Further, pursuant to the Default Judgment entered on December 22, 2023 (Doc. No. 57), the interest of Defendant, Bohn, Inc. d/b/a Langenwalter Carpet Care ("Bohn, Inc.") in and to the Jefferson Manor Property pursuant to a judgment lien recorded in the real property records of Pulaski County, Arkansas on May 10, 2021 as Instrument Number 2021032010 is subordinate and inferior to Plaintiff's mortgage interest in, to, and on the Jefferson Manor Property.

Plaintiff's right to foreclose against the Allied Gardens Property, the Jefferson Manor Property, the Northwest Acres Property, and the Terrace Green Property has become absolute.  If the judgment awarded to Plaintiff herein is not paid within thirty (30) days after entry, Plaintiff, or its assignee, is entitled to foreclose all interests in the Allied Gardens Property, the Jefferson Manor Property, the Northwest Acres Property, and the Terrace Green Property, and sell the Allied Gardens Property, the Jefferson Manor Property, the Northwest Acres Property, and the Terrace Green Property by judicial sale to satisfy the judgment.

If the judgment awarded herein is not paid within thirty (30) days after entry, the Circuit Clerk for Sebastian County, Arkansas is appointed to serve as Commissioner of this Court for the purpose of selling the Allied Gardens Property and, shall, after publishing a notice of sale including the date, time, place and terms of sale in a newspaper published and having a general circulation in Sebastian County, Arkansas, or in a newspaper of general statewide daily publication where the realty is situated at least one (1) time per week for at least four weeks prior to the sale, sell at the

Sebastian County Courthouse where foreclosure sales are customarily conducted, at public auction to the highest bidder, for cash, the Allied Gardens Property described above, with the proceeds of such sale to be applied first to the costs of sale, then to the taxes, if any, then to payment of the judgment in favor of Plaintiff, and then the remainder, if any, shall be held in the registry of this Court pending further court order.

If the judgment awarded herein is not paid within thirty (30) days after entry, the Circuit Clerk for Pulaski County, Arkansas is appointed to serve as Commissioner of this Court for the purpose of selling the Jefferson Manor Property and the Terrace Green Property, which may be sold separately or together, and, shall, after publishing a notice of sale including the date, time, place and terms of sale in a newspaper published and having a general circulation in Pulaski County, Arkansas, or in a newspaper of general statewide daily publication where the realty is situated at least one (1) time per week for at least four weeks prior to the sale, sell at the Pulaski County Courthouse where foreclosure sales are customarily conducted, at public auction to the highest bidder, for cash, the Jefferson Manor Property and Terrace Green Property described above, with the proceeds of such sale(s) to be applied first to the costs of sale, then to the taxes, if any, then to payment of the judgment in favor of Plaintiff, and then the remainder, if any, shall be held in the registry of this Court pending further court order.

If the judgment awarded herein is not paid within thirty (30) days after entry, the Circuit Clerk for Washington County, Arkansas is appointed to serve as Commissioner of this Court for the purpose of selling the Northwest Acres Property and, shall, after publishing a notice of sale including the date, time, place and terms of sale in a newspaper published and having a general circulation in Washington County, Arkansas, or in a newspaper of general statewide daily publication where the realty is situated at least one (1) time per week for at least four weeks prior

to the sale, sell at the Washington County Courthouse where foreclosure sales are customarily conducted, at public auction to the highest bidder, for cash, the Northwest Acres Property described above, with the proceeds of such sale to be applied first to the costs of sale, then to the taxes, if any, then to payment of the judgment in favor of Plaintiff, and then the remainder, if any, shall be held in the registry of this Court pending further court order.

The purchaser(s) of the Allied Gardens Property, the Jefferson Manor Property, the Northwest Acres Property, and the Terrace Green Property at the foreclosure sale(s) shall pay in cash or on credit terms up to 90 days with interest, and Plaintiff, or its assignee, shall have the right to credit bid up to the full amount of the judgment, plus post-judgment interest, costs, and attorneys' fees.

Plaintiff, or its assignee, is entitled to enforce performance by any purchaser at a judicial sale or, without waiving damages, to take the second highest bid (and so on until the Allied Gardens Property, the Jefferson Manor Property, the Northwest Acres Property, and/or the Terrace Green Property are sold to a bidder), or if no second highest bid exists as to the Allied Gardens Property, the Jefferson Manor Property, the Northwest Acres Property, and/or the Terrace Green Property to reschedule another sale pursuant to the terms stated herein without further Order of the Court.

Upon confirmation of the foreclosure sales herein ordered and approved, each Commissioner shall execute and deliver to the purchaser a Commissioner's Deed conveying all legal and equitable title and interest of the parties in and to the Allied Gardens Property, the Jefferson Manor Property, the Northwest Acres Property, and/or the Terrace Green Property, as applicable. The purchaser shall, upon receipt of a Commissioner's Deed, be entitled to immediate

possession of the Allied Gardens Property, the Jefferson Manor Property, the Northwest Acres Property, and/or the Terrace Green Property, as applicable.

The foreclosure sale shall constitute a perpetual bar to all right, title, interest, equity, estate, and legal or equitable right to redeem any interest that PF Allied Gardens LLC, PF Jefferson Manor LLC, PF Northwest Acres LLC, PF Terrace Green LLC, and Bohn, Inc., and all persons claiming by, through, or under any of them, may have in the Allied Gardens Property, the Jefferson Manor Property, the Northwest Acres Property, and the Terrace Green Property, as applicable, and PF Allied Gardens LLC's, PF Jefferson Manor LLC's, PF Northwest Acres LLC's, PF Terrace Green LLC's, and Bohn, Inc.'s respective interest(s) in and to the Allied Gardens Property, the Jefferson Manor Property, the Northwest Acres Property, and the Terrace Green Property, as applicable, shall be and hereby are foreclosed and forever barred.

4. On Count Four of Plaintiff's Amended Complaint, judgment *in personam* is entered in favor of Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12, or its assignee, and against Defendant, Chaim Puretz ("Mr. Puretz"), in the amount of $20,605,013.21, plus post-judgment interest at the rate of 5.07 percent per annum in accordance with 28 U.S.C. § 1961(a) from the date of this judgment until paid, plus costs and reasonable attorneys' fees in an amount to be determined by subsequent order. Mr. Puretz is jointly and severally liable with the Borrowers for the amount of this judgment.

5. This Court retains jurisdiction for the entry of a Writ of Assistance, if necessary, and/or to enter any other order necessary to carry out the terms of this Judgment and Decree of Foreclosure.

IT IS SO ORDERED this 18th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Respectfully Submitted By:

/s/ Robert B. Groholski

Jaimie G. Moss (2012228)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
(501) 371-0808 – Telephone
(501) 376-9442 – Facsimile
E-MAIL: jmoss@wlj.com

and

Robert B. Groholski (pro hac vice)
Illinois State Bar No.: 6272317
Paulina Garga-Chmiel (pro hac vice)
Illinois State Bar No.: 6312866
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 627-2295 – Telephone
(312) 876-1155 – Facsimile
E-MAILS: rgroholski@dykema.com
           pgarga@dykema.com

*Attorneys for Plaintiff Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12*