IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WELLS FARGO BANK,
NATIONAL ASSOCIATION,
AS TRUSTEE FOR MORGAN STANLEY
CAPITAL I TRUST 2016-UBS12,
COMMERCIAL MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2016-UBS12                                                            PLAINTIFF

v.                              CASE NO. 4:22-CV-180-BSM

PF ALLIED GARDENS LLC;
PF JEFFERSON MANOR LLC;
PF NORTHWEST ACRES LLC;
PF TERRACE GREEN LLC;
CHAIM PURETZ; and
BOHN, INC. d/b/a LANGENWALTER
CARPET CARE                                                                  DEFENDANTS

ORDER CONFIRMING PULASKI COUNTY SALE,
APPROVING THE REPORT OF SALE,
APPROVING THE FORM OF CONVEYANCE,
DIRECTING EXECUTION OF COMMISSIONER'S DEEDS, AND
DIRECTING EXECUTION OF ASSIGNMENTS OF HUD CONTRACT

On this date, there is pending before the Court the Report of Sale executed by the Commissioner appointed by the Court to conduct the Pulaski County, Arkansas foreclosure sales pursuant to the Judgment and Decree of Foreclosure ("Judgment & Decree") entered in this case, filed of record on April 18, 2024.

The Report of Sale advises the Court, among other things, of the sale of the property commonly known as 2600 John Ashley Drive, North Little Rock, Arkansas 72114, and also commonly known as the Jefferson Manor Apartments, and being more particularly described as follows:

LOTS "A" AND "B" IN PIKE PLAZA HEIGHTS SUBDIVISION OF NORTH LITTLE ROCK, ARKANSAS, MORE PARTICULARLY DESCRIBED AS: A TRACT OF LAND IN THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4, SECTION 28 TOWNSHIP 2 NORTH, RANGE 12 WEST, PULASKI COUNTY, ARKANSAS: COMMENCING AT THE NORTHEAST CORNER OF SAID WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4; THENCE SOUTH 0 DEGREES 53 MINUTES EAST ALONG THE EAST LINE OF SAID WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 300.0 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE SOUTH 0 DEGREES 53 MINUTES EAST 699.4 FEET TO A POINT; THENCE NORTH 89 DEGREES 46 MINUTES WEST 662.76 FEET TO A POINT; THENCE NORTH 0 DEGREES 53 MINUTES WEST 651.40 FEET TO A POINT; THENCE NORTH 84 DEGREES 03 MINUTES EAST 482.10 FEET TO A POINT; THENCE SOUTH 88 DEGREES 54 MINUTES EAST 180 FEET TO THE POINT BEGINNING; LESS AND EXCEPT THE RIGHT-OF-WAY OF ASHLEY STREET WHICH IS MORE PARTICULARLY DESCRIBED AS COMMENCING AT THE NORTHEAST CORNER OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4; THENCE SOUTH 0 DEGREES 53 MINUTES EAST ALONG THE EAST LINE OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF THE NORTHEAST 1/4 300 FEET TO A POINT; THENCE NORTH 88 DEGREES 54 MINUTES WEST 130 FEET TO A POINT ON THE EAST LINE OF ASHLEY STREET; THENCE SOUTH 0 DEGREES 53 MINUTES EAST ALONG THE EAST RIGHT-OF-WAY LINE OF ASHLEY STREET 274.40 FEET, THENCE AROUND AN ARC TO THE LEFT, OR EAST, HAVING A RADIUS OF 50 FEET WHICH IS SUBTENDED BY A CHORD HAVING A LENGTH OF 71.20 FEET AND BEARING OF SOUTH 0 DEGREES 53 MINUTES EAST, THENCE CONTINUE SOUTH 0 DEGREES 53 MINUTES EAST 355.76 FEET TO A POINT; THENCE NORTH 89 DEGREES 46 MINUTES WEST 50 FEET TO A POINT OF THE WEST RIGHT-OF-WAY LINE OF ASHLEY STREET; THENCE NORTH 0 DEGREES 53 MINUTES WEST 344.17 FEET; THENCE AROUND AN ARC TO THE LEFT, OR WEST, HAVING A RADIUS OF 50 FEET WHICH IS SUBTENDED BY A CHORD HAVING A LENGTH OF 95.35 FEET AND A BEARING OF NORTH 0 DEGREES 53 MINUTES WEST, THENCE NORTH 0 DEGREES 53 MINUTES WEST 262.4 FEET TO A POINT; THENCE SOUTH 88 DEGREES 54 MINUTES EAST TO THE POINT OF BEGINNING OF THE RIGHT-OF-WAY OF ASHLEY STREET.

(the "Jefferson Manor Property").

The Report of Sale also advises the Court of the sale of the property commonly known as 8223 Scott Hamilton Drive, Little Rock, Arkansas 72209, and also commonly known as the Terrace Green Apartments, and being more particularly described as follows:

> PART OF THE NW1/4 NW1/4 SE1/4, SECTION 32, TOWNSHIP 1 NORTH, RANGE 12 WEST, PULASKI COUNTY, ARKANSAS, MORE PARTICULARLY DESCRIBED AS: BEGINNING AT THE SOUTHEAST CORNER OF THE SAID NW1/4 NW1/4 SE1/4; THENCE NORTH 89 DEGREES 32 MINUTES WEST ALONG THE SOUTH LINE OF SAID NW1/4 NW1/4 SE1/4 639.4 FEET TO A POINT ON THE EAST LINE OF FOURCHE ROAD; THENCE NORTH 2 DEGREES 26 MINUTES EAST ALONG THE EAST LINE OF SAID FOURCHE ROAD 455.0 FEET; THENCE SOUTH 72 DEGREES 34 MINUTES EAST 29.9 FEET TO THE POINT OF CURVATURE OF A CURVE TO THE LEFT; THENCE ALONG SAID CURVE TO THE LEFT A CHORD BEARING OF SOUTH 81 DEGREES 04 MINUTES EAST A DISTANCE OF 93.9 FEET TO THE POINT OF TANGENCY OF SAID CURVE; THENCE SOUTH 89 DEGREES 32 MINUTES EAST PARALLEL TO THE SOUTH LINE OF SAID NW1/4 NW1/4 SE1/4 488.0 FEET TO A POINT OF THE EAST LINE OF SAID NW1/4 NW1/4 SE1/4; THENCE SOUTH 1 DEGREE 19 MINUTES EAST ALONG SAID EAST LINE 432.0 FEET TO THE POINT OF BEGINNING, LESS AND EXCEPT THE SOUTH 25 FEET OF SAID TRACT OF LAND WHICH HAS BEEN DEDICATED TO THE CITY OF LITTLE ROCK FOR AVERY STREET RIGHT-OF-WAY, ALSO KNOWN AS LOT 3, SCOTT HAMILTON ADDITION.

(the "Terrace Green Property"). The Jefferson Manor Property and Terrace Green Property are collectively referred to as the "Properties".

The Court finds that the sale of the Properties was properly advertised. The Court finds that the Jefferson Manor Property was sold to RSS MSCI2016-UBS12 - AR PAG, LLC, which is the assignee of Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage

Pass-Through Certificates, Series 2016-UBS12, for the sum of Six Million Eighty Thousand and 00/100 Dollars ($6,080,000.00) as an offset/credit bid against the amounts awarded in the Judgment & Decree and the Order entered on June 6, 2024 in this case (the "Attorneys' Fees Order"), and that this bid was the highest and best bid received at the sale.

The Court further finds that the Terrace Green Property was sold to RSS MSCI2016-UBS12 - AR PAG, LLC, which is the assignee of Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12, for the sum of Four Million and 00/100 Dollars ($4,000,000.00) as an offset/credit bid against the amounts awarded in the Judgment & Decree and the Attorneys' Fees Order, and that this bid was the highest and best bid received at the sale.

The Court further finds that no objection to the Report of the Sale has been made, that the Report of Sale should be approved and that the form of the Commissioner's Deeds for the Properties are hereby approved.  The Commissioner is HEREBY ORDERED AND DIRECTED to execute in favor of and deliver the Commissioner's Deed to RSS MSCI2016-UBS12 - AR PAG, LLC for the Jefferson Manor Property and to execute in favor of and deliver the Commissioner's Deed to RSS MSCI2016-UBS12 - AR PAG, LLC for the Terrace Green Property.

The Court further finds that the Commissioner is allowed, awarded, and should accept a fee in the amount of Six Thousand Eighty Dollars and 00/100

($6,080.00) for the Jefferson Manor Property and a fee in the amount of Four Thousand Dollars and 00/100 ($4,000.00) for the Terrace Green Property.

The Court further orders the judgment debtor and defendant PF Jefferson Manor LLC, its managers, member-managers, and/or members (as appropriate under the Operating Agreement of the entity) and/or defendant Chaim Puretz as the manager of PF Jefferson Manor LLC, to, if requested by RSS MSCI2016-UBS12 - AR PAG, LLC, execute an assignment of the HUD Contract for the Jefferson Manor Property in favor of RSS MSCI2016-UBS12 - AR PAG, LLC, as requested in the Motion to Approve Sale (Doc. No. 99; the "Motion"), in the form attached to the Motion and as requested or required by the U.S. Department of Housing and Urban Development.

The Court further orders the judgment debtor and defendant PF Terrace Green LLC, its managers, member-managers, and/or members (as appropriate under the Operating Agreement of the entity) and/or defendant Chaim Puretz as the manager of PF Terrace Green LLC, to, if requested by RSS MSCI2016-UBS12 - AR PAG, LLC, execute an assignment of the HUD Contract for the Terrace Green Property in favor of RSS MSCI2016-UBS12 - AR PAG, LLC, as requested in the Motion, in the form attached to the Motion and as requested or required by the U.S. Department of Housing and Urban Development.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Motion is granted; the Report of Sale be and is hereby approved in all respects; that the sale of the Jefferson Manor Property and the Terrace Green Property to RSS

MSCI2016-UBS12 - AR PAG, LLC is confirmed; that the form of the conveyance is approved; that the Commissioner is authorized and directed to execute and deliver the Commissioner's Deeds for the Jefferson Manor Property and the Terrace Green Property to the purchaser, RSS MSCI2016-UBS12 - AR PAG, LLC; that PF Jefferson Manor LLC, its managers, member-managers, and/or members (as appropriate under the Operating Agreement of the entity) and/or defendant Chaim Puretz as the manager of PF Jefferson Manor LLC, are ordered and directed to execute the assignment of the HUD Contract for the Jefferson Manor Property in favor of RSS MSCI2016-UBS12 - AR PAG, LLC, if requested by RSS MSCI2016-UBS12 - AR PAG, LLC, in the form and manner requested or required by the U.S. Department of Housing and Urban Development; that PF Terrace Green LLC, its managers, member-managers, and/or members (as appropriate under the Operating Agreement of the entity) and/or defendant Chaim Puretz as the manager of PF Terrace Green LLC, are ordered and directed to execute the assignment of the HUD Contract for the Terrace Green Property in favor of RSS MSCI2016-UBS12 - AR PAG, LLC, if requested by RSS MSCI2016-UBS12 - AR PAG, LLC, in the form and manner requested or required by the U.S. Department of Housing and Urban Development; and the Commissioner is allowed a fee in the amount of Six Thousand Eighty Dollars and 00/100 ($6,080.00) for the Jefferson Manor Property and a fee in the amount of Four Thousand Dollars and 00/100 ($4,000.00) for the Terrace Green Property.

IT IS SO ORDERED this 19th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE

*Prepared by:*

Jaimie G. Moss (2012228)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jmoss@wlj.com

and

Robert B. Groholski (*pro hac vice*)
Illinois State Bar No. 6272317
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 627-2295
FAX: (312) 876-1155
E-MAIL: rgroholski@dykema.com

*Attorneys for Plaintiff Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12*