IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **WELLS FARGO BANK,** <br> **NATIONAL ASSOCIATION,** <br> **AS TRUSTEE FOR MORGAN STANLEY** <br> **CAPITAL I TRUST 2016-UBS12,** <br> **COMMERCIAL MORTGAGE** <br> **PASS-THROUGH CERTIFICATES,** <br> **SERIES 2012-UBS12** | **PLAINTIFF** |
| vs. | CASE NO. 4:22-CV-180-BSM |
| **PF ALLIED GARDENS LLC;** <br> **PF JEFFERSON MANOR LLC;** <br> **PF NORTHWEST ACRES LLC;** <br> **PF TERRACE GREEN LLC;** <br> **CHAIM PURETZ; and** <br> **BOHN, INC. d/b/a LANGENWALTER** <br> **CARPET CARE** | **DEFENDANTS** |

**PLAINTIFF'S MOTION FOR POST-JUDGMENT ATTORNEYS' FEES AND COSTS
AND FOR DISBURSEMENT OF FUNDS**

Pursuant to the Loan Agreement (D.E. 50-1) governing the loan at issue in this action (the "Loan"), the Guaranty of Recourse Obligations (D.E. 50-7; the "Guaranty"), and this Court's prior Orders and Judgment and Decree of Foreclosure (D.E. 72, 76, 77, 88, 96, 100, 104), Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12 (the "Trustee"), on behalf of itself and its assignee (*see* D.E. 90), RSS MSCI2016-UBS12 - AR PAG, LLC ("RSS," and collectively with the Trustee, the "Plaintiff"), through its undersigned counsel, respectfully moves this Court for the entry of an Order: (1) awarding Plaintiff its post-judgment attorneys' fees, costs, and expenses incurred in collecting the judgment amount due to Plaintiff pursuant to the Judgment and Decree of Foreclosure and this Court's other Orders (*see* D.E. 76, 77, 88); (2) ordering the Circuit Clerk for Sebastian County, who was appointed as the

Commissioner of this Court for the purpose of selling the Allied Gardens property (D.E. 77, p. 10; the "Sebastian County Commissioner") to disburse $7,067,303.77 to or as directed by Plaintiff; and (3) ordering the Sebastian County Commissioner to hold $1,936,696.23 in surplus funds pending further Order of this Court.

In support of this Motion, Plaintiff respectfully submits:

- Plaintiff's Brief in Support of Its Motion for Post-Judgment Attorneys' Fees and Costs and for Disbursement of Funds;

- Declaration of Kaveh Saberi in Support of Plaintiff's Motion for Post-Judgment Attorneys' Fees and Costs and for Disbursement of Funds (the "Saberi Declaration"), attached hereto as **Exhibit 1**;

- Declaration of Robert B. Groholski in Support of Plaintiff's Motion for Post-Judgment Attorneys' Fees and Costs and for Disbursement of Funds (the "Groholski Declaration"), attached hereto as **Exhibit 2**;

- Declaration of Jaimie G. Moss in Support of Plaintiff's Motion for Post-Judgment Attorneys' Fees and Costs and for Disbursement of Funds (the "Moss Declaration"), attached hereto as **Exhibit 3**; and

- Declaration of Keith M. Brandofino in Support of Plaintiff's Motion for Post-Judgment Attorneys' Fees and Costs and for Disbursement of Funds (the "Brandofino Declaration"), attached hereto as **Exhibit 4**.

WHEREFORE, Plaintiff, Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS1, on behalf of itself and RSS, respectfully requests that: (1) this Motion be granted; (2) Plaintiff be awarded a total of $466,833.64 in attorneys' fees, costs, and expenses to be added

to the $6,600,470.13 outstanding amount due to Plaintiff as of September 24, 2024 pursuant to the Judgment and Decree of Foreclosure and this Court's other Orders (*see* D.E. 76, 77, 88); (3) the Sebastian County Commissioner be ordered to disburse $7,067,303.77 to or as directed by Plaintiff; (4) the Sebastian County Commissioner be ordered to hold $1,936,696.23 in surplus funds pending further Order of this Court; and (5) grant Plaintiff such other and further relief as is just and equitable.

| | |
|---|---|
| Dated: November 14, 2024 | Respectfully submitted, |
| | Jaimie G. Moss (2012228)<br>WRIGHT, LINDSEY & JENNINGS LLP<br>200 West Capitol Avenue, Suite 2300<br>Little Rock, AR 72201-3699<br>(501) 371-0808 – Telephone<br>(501) 376-9442 – Facsimile<br>E-MAIL: jmoss@wlj.com |
| | and |
| | Robert B. Groholski (*pro hac vice*)<br>Illinois State Bar No.: 6272317<br>Paulina Garga-Chmiel (*pro hac vice*)<br>Illinois State Bar No.: 6312866<br>DYKEMA GOSSETT PLLC<br>10 S. Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>(312) 627-2295 – Telephone<br>(312) 876-1155 – Facsimile<br>E-MAILS: rgroholski@dykema.com<br>            pgarga@dykema.com |
| | *Attorneys for Plaintiff Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12* |