IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WELLS FARGO BANK,
NATIONAL ASSOCIATION,
AS TRUSTEE FOR MORGAN STANLEY
CAPITAL I TRUST 2016-UBS12,
COMMERCIAL MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2016-UBS12                                                    PLAINTIFF

v.                              CASE NO. 4:22-CV-180-BSM

PF ALLIED GARDENS LLC;
PF JEFFERSON MANOR LLC;
PF NORTHWEST ACRES LLC;
PF TERRACE GREEN LLC;
CHAIM PURETZ; and
BOHN, INC. d/b/a LANGENWALTER
CARPET CARE                                                        DEFENDANTS

## SATISFACTION OF JUDGMENT

The judgment entered April 18, 2024, in favor of Wells Fargo National

Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial

Mortgage Pass-Through Certificates, Series 2016-UBS12 (Doc No. 77), and against

judgment debtors PF Allied Gardens LLC, PF Jefferson Manor LLC, PF Northwest

Acres LLC, PF Terrace Green LLC, and Chaim Puretz, which was assigned to RSS

MSCI2016-UBS12 – AR PAG, LLC (Doc. No. 90), has been satisfied in full. The Clerk

is authorized to enter this satisfaction of judgment in the records of the Court

pursuant to Local Rule 58.2.

Respectfully submitted,

Jaimie G. Moss (2012228)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jmoss@wlj.com

and

Robert B. Groholski (*pro hac vice*)
Illinois State Bar No. 6272317
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 627-2295
FAX: (312) 876-1155
E-MAIL: rgroholski@dykema.com

*Attorneys for Plaintiff Wells Fargo Bank,
National Association, as Trustee for Morgan
Stanley Capital I Trust 2016-UBS12,
Commercial Mortgage Pass-Through
Certificates, Series 2016-UBS12*

2

3280789-v1