# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

WELLS FARGO BANK, N.A. as Trustee
For Morgan Stanley Capital I Trust 2016-
UBS12, Commercial Mortgage Pass-
Through Certificates, Series 2016-UBS12,

    Plaintiff,

v.                                                           Civil Action No: 4:22-cv-180-BSM

PF ALLIED GARDENS, LLC;
PF JEFFERESON MANOR, LLC;
PF NORTHWEST ACRES, LLC;
PF TERRACE GREEN, LLC; CHAIM
PURETZ; and BOHN, INC.

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION
## TO DISBURSE SURPLUS FUNDS

**COME NOW** the Defendants, PF Allied Gardens, LLC, PF Jefferson Manor, LLC, PF Northwest Acres, LLC, PF Terrace Green, LLC and Chaim Puretz (collectively, the "Defendants"), by and through their undersigned counsel of record, and hereby file this Unopposed Motion to Disburse Surplus Funds presently being held in the Court Registry of the Sebastian County Circuit Clerk in connection with the sale of 5221 Johnson Street, Fort Smith, Arkansas 72904, commonly known as the Allied Gardens Estates (the "Property").

On October 11, 2024, this Court confirmed and approved the Sebastion County Sale of the Property [D.E. 104]. The proceeds from the sale were sufficient to pay all sums due to Plaintiff for the Property. On or about December 9, 2024, the Court granted Plaintiff's Motion for Attorney's Fees, ordering the Sebastian County Commissioner to disburse $7,059,529.27 to

1

Plaintiff in payment of all sums due and retaining the surplus balance of $1,944,470.73 pending further order of this Court [D.E. 107].  On January 21, 2025, Plaintiff filed a Satisfaction of Judgment [D.E. 108] confirming that the judgment entered April 18, 2024, in favor of Plaintiff [D.E. 77], and against judgment debtors PF Allied Gardens LLC, PF Jefferson Manor LLC, PF Northwest Acres LLC, PF Terrace Green LLC, and Chaim Puretz, was satisfied in full.  No other parties have asserted a claim against the Defendants or the surplus proceeds and Plaintiff does not oppose the disbursement of all surplus funds to Defendants.

WHEREFORE, Defendants respectfully request that: (1) this Motion be granted and (2) that the Sebastian County Commissioner be ordered to disburse the $1,944,470.73 being held in its Court Registry to Counsel of Record for the Defendants, S. Joshua Kahane, Esq. at Glankler Brown PLLC.

Respectfully submitted,

By: /s/ S. Joshua Kahane
S. Joshua Kahane (AR 2021046)
Aubrey B. Greer
GLANKLER BROWN, PLLC
6000 Poplar Ave., Suite 400
Memphis, TN  38119
Phone: (901) 525-1322
Fax: (901) 525-2389
jkahane@glankler.com
agreer@glankler.com

*Attorneys for PF Allied Gardens, LLC, PF Jefferson Manor, LLC, PF Northwest Acres, LLC, and PF Terrace Green, LLC, and Chaim Puretz*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following parties by operation of the Court's ECF system and/or email:

Jamie G. Moss
Jacob P. Fair
Wright, Lindsey & Jennings, LLP
200 West Capitol Ave., Suite 2300
Little Rock, Arkansas 72201-3699
jmoss@wlj.com
jfair@wlj.com

Robert B. Groholski
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
rgroholski@dykema.com

*Attorneys for Plaintiff Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS12, Commercial Mortgage Pass-Through Certificates, Series 2016-UBS12*

                                                                      /s/ S. Joshua Kahane
                                                                         S. Joshua Kahane